# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                                              Crim. No. 7:05-CR-8-1 F

STEVEN BRADLEY LADNER

On Thursday, December 10, 2009, the above named was placed on supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                                    Respectfully submitted,

/s/ Kevin L. Connolley                                     /s/ John A. Cooper
Kevin L. Connolley                                            John A. Cooper
Supervising U.S. Probation Officer                     U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____ 20 _____ day of _____ August _____, 2012.

_____ James C. Fox _____
James C. Fox
Senior U.S. District Judge